**Opinion filed May 8, 2026**



## In The

# Eleventh Court of Appeals

_____

### No. 11-25-00195-CV

_____

## TOM RAGSDALE, Appellant

## V.

## HOMETRADER LLC AND TODD GARRETT D/B/A RAPID RESPONSE JUDGMENT ENFORCEMENT, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60149**

### M E M O R A N D U M   O P I N I O N

On July 16, 2025, Appellant, Tom Ragsdale, filed a pro se notice of appeal from the trial court's grant of summary judgment in favor of Appellees, Hometrader LLC and Todd Garrett d/b/a Rapid Response Judgment Enforcement. We dismiss the appeal for want of prosecution.

Appellant's brief was originally due to be filed in this court on or before December 15, 2025. On January 6, 2026, we notified Appellant that his brief was

past due. Appellant filed a motion for extension of time to file his brief, which we granted, and we extended the deadline for him to file his brief to March 4. Instead of filing a brief, Appellant filed another motion for extension of time. Appellee Garrett opposed Appellant's second motion based on Appellant's failure to meet the previous deadlines imposed by the rules and this court, such as the deadline to file his docketing statement and the deadlines related to his designation of and payment for the clerk's record. TEX. R. APP. P. 32.1 (docketing statement), 35.3(a) (clerk's record). On March 12, we granted Appellant's second motion for extension of time and extended the filing deadline to April 3. After this deadline passed, we again extended Appellant's deadline to file his brief to April 24, and we informed him that the failure to file his brief on or before that date could "**result in dismissal of the appeal**."

As of this date, Appellant has not filed his brief. Based on Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

W. STACY TROTTER
JUSTICE

May 8, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.